IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW DAVIS, individually and on behalf of other similarly situated individuals,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant. | Court File No.: 20-cv-00490-DWF-ECW<br>Honorable Donovan W. Frank<br><br><br>**STIPULATION FOR AMENDMENT OF THE CAPTION TO REFLECT NAMED PARTY PLAINTIFFS** |

　　　This stipulation is entered into between named Plaintiffs Andrew Davis, Tammy Babbitt, and William Carter, and Target Corporation (the "Parties") to request that the Court amend the caption of this proceeding so as to reflect that Tammy Babbit and William Carter are the named party Plaintiffs.

　　　WHEREAS this action was commenced by the filing of a complaint on February 11, 2020, in which complaint the named Plaintiff was Andrew Davis, and

　　　WHEREAS the Parties agreed that Davis may withdraw from this lawsuit, without prejudice, and that two new lead plaintiffs, Tammy Babbit and William Carter may be substituted in his place under Rules 15 and 21 of the Federal Rules of Civil Procedure, and

　　　WHEREAS on April 8, 2021, the Court in Pretrial Scheduling Order (Phase One) recognized the Parties' agreement,

　　　ACCORDINGLY, the Parties, by their undersigned counsel, hereby further agree that the caption in this proceeding should be changed to read as follows for all activity in

1

this proceeding hereafter:

| | |
|---|---|
| TAMMY BABBIT AND WILLIAM CARTER, individually and on behalf of other similarly situated individuals,<br><br>                      Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>                      Defendant. | Court File No.: 20-cv-00490-DWF-ECW<br>Honorable Donovan W. Frank |

and further agree that for all proceedings hereafter the named Plaintiffs in this action shall be Tammy Babbit and William Carter, and request that the Clerk of the Court should be directed to so amend the caption in this matter.

                                              PLAINTIFF ANDREW DAVIS

                                              By: s/ Seth R. Lesser
                                              One of Their Attorneys
                                              Seth R. Lesser
                                              Fran Rudich
                                              KLAFTER OLSEN & LESSER LLP
                                              Two International Drive, Suite 350
                                              Rye Brook, New York  10573
                                              (914) 934-2900
                                              www.klafterolsen.com

                                              TARGET CORPORATION

                                              By: s/ Joseph G. Schmitt
                                              One of its Attorneys
                                              David A James
                                              Joseph G Schmitt
                                              Pablo Orozco
                                              Nilan Johnson Lewis PA
                                              250 Marquette Avenue South
                                              Suite 800
                                              Minneapolis, Minnesota 55401


        Ph.:  612-305-7500  
        Fax: 612-305-7501  
        djames@nilanjohnson.com  
        jschmitt@nilanjohnson.com  
        porozco@nilanjohnson.com

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____