# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Andrew Davis, individually and on behalf of other similarly situated individuals,**<br><br>　　　　　**Plaintiff,**<br><br>V.<br><br>**Target Corporation,**<br><br>　　　　　**Defendant.** | **CIVIL ACTION NO.:**<br><br>**0:20-CV-00490-DWF-ECW**<br><br><br><br>**April 9, 2021** |

## NOTICE OF WITHDRAWAL OF OPT-IN CONSENTS

PLEASE TAKE NOTICE that Plaintiffs Andrew Davis, Tammy Babbit, and William Carter, by and through counsel, hereby withdraw the following Opt-in Consent Forms:

1. Andrew Davis (Doc. No. 1-1)
2. Tom Prezioso (Doc. No. 35)
3. Randall Theerman (Doc. No. 11)

Rye Brook, New York

By: /s/ Seth R. Lesser
Seth R. Lesser
Christopher M. Timmel
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Fax: (914) 934-9220
Email: seth@klafterlesser.com
　　　　christopher.timmel@klafterlesser.com

Charlie Gershbaum
Rebecca S. Predovan
HEPWORTH GERSHBAUM & ROTH, PLLC
192 Lexington Avenue, Suite 802
New York, NY 10016
Telephone: (212)545-1199
Fax: 212-532-3801
Email: cgershbaum@hgrlawyers.com
　　　　RPredovan@hgrlawyers.com

Rachhana T. Srey, MN Bar # 340133
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
Email: srey@nka.com

Richard E. Hayber
Hayber, McKenna & Dinsmore, LLC
750 Main Street, Suite 904
Hartford, CT 06103
Fed Bar No.: ct11629
Telephone: (860) 522-8888
Fax: (860) 218-9555
Email: rhayber@hayberlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ Seth R. Lesser
Seth R. Lesser