# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Tammy Babbit, William Carter,

        Plaintiff(s),

Case Number: 20-cv-490 DWF/ECW

v.

Target Corporation,

        Defendants.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on 5/11/2021 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Opt-In Plaintiff Tana Duong, against Defendant Target Corporation in the amount of $7,500.00.

5/13/2021                              <u>KATE M. FOGARTY, CLERK</u>