# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TAMMY BABBITT and WILLIAM CARTER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 20-cv-00490-DWF-ECW<br><br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFF TAMMY BABBITT** |

Defendant Target Corporation hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting its motion for summary judgment dismissing Plaintiff Tammy Babbitt's claims against Defendant as a matter of law. This motion is based upon the accompanying Memorandum of Law, Declaration of Michael Brewer, Declaration of David A. James, and the record previously filed with the Court.

NILAN JOHNSON LEWIS PA

Dated: August 6, 2021    By: s/ Joseph G. Schmitt
Joseph G. Schmitt (Reg. No. 231447)
David A. James (Reg. No. 337389)
Pablo Orozco (Reg. No. 0396811)
250 Marquette Avenue South, Suite 800
Minneapolis, Minnesota 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
jschmitt@nilanjohnson.com
djames@nilanjohnson.com
porozco@nilanjohnson.com

ATTORNEYS FOR DEFENDANT
TARGET CORPORATION

4817-7525-8867