**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| TAMMY BABBITT and WILLIAM CARTER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 20-cv-00490-DWF-ECW<br><br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached

Consent Form (see Exhibit A) for the following person:


3590. Melania Del Socorro Cordoba


Dated: December 15, 2023            Respectfully submitted,

By: */s/ Rebecca Predovan*
Rebecca Predovan
Marc S. Hepworth
Charles Gershbaum
David A. Roth
**HEPWORTH GERSHBAUM & ROTH LLP**
192 Lexington Avenue, Suite 802
New York, NY 10016
Telephone: (212) 545-1199
rpredovan@hgrlawyers.com
mhepworth@hgrlawyers.com
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com

Seth R. Lesser
Christopher Timmel
**KLAFTER LESSER LLP**

Two International Drive, Suite 350
Rye Brook, New York. 10573
Telephone: 914-934-9200
Fax: 914-932-9220
seth@klafterlesser.com
christopher.timmel@klafterlesser.com

Richard E. Hayber
**HAYBER, MCKENNA & DINSMORE, LLC**
750 Main Street, Suite 904
Hartford, CT 06103
Telephone: 860-522-8888
Fax: 860-218-9555
rhayber@hayberlawfirm.com

Rachhana T. Srey
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Fax: 612-338-4878
srey@nka.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

*/s/ Rebecca Predovan*
Rebecca Predovan