UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TAMMY BABBITT and WILLIAM CARTER, individually and on behalf of other similarly situated individuals,<br><br>  Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>  Defendant. | Case No. 20-cv-00490-DWF-ECW<br><br><br><br><br>**ORDER** |

This case is before the Court on the Parties' Joint Motion to Modify the Scheduling Order (Dkt. 367). Having considered the Joint Motion and for good cause shown, the Motion is **GRANTED** and **IT IS ORDERED** that:

(1) All Sample Discovery authorized in the Order must be completed by September 19, 2024;

(2) All non-dispositive motions and supporting documents, including those that relate to sample fact discovery, shall be filed and served on or before October 4, 2024; and

(3) As directed by the Order, after the Sample Discovery Phase is complete and the parties have resolved any common discovery issues, the parties will proceed with the Second Discovery Phase. The parties shall contact the Court at that time to schedule a

hearing before the Court regarding the method of opt-in selection for this phase of discovery, including for both the written discovery and depositions.

Dated: May 14, 2024

                                              *s/Elizabeth Cowan Wright*
                                              ELIZABETH COWAN WRIGHT
                                              United States Magistrate Judge