IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TAMMY BABBITT and WILLIAM CARTER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 20-cv-00490-DWF-ECW<br><br>**SATISFACTION OF JUDGMENT** |

I, Seth Lesser, the undersigned attorney for the judgment creditor, Opt-in Plaintiff Tana Duong, hereby certify that judgment in the amount of $7,500.00, which was entered by this Court on May 13, 2021, in favor of Opt-in Plaintiff Tana Duong and against Defendant Target Corporation, is fully satisfied and the Court Administrator shall record the same.

4923-3409-4618

|  |  |
|---|---|
|  | KLAFTER LESSER LLP |
| Dated: March 3, 2025 | By: *s/ Seth R. Lesser* |
|  | Seth R. Lesser |
|  | Christopher M. Timmel |
|  | Two International Drive, Suite 350 |
|  | Rye Brook, NY 10573 |
|  | 914-934-9200 |
|  | F: 914-934-9220 |
|  | seth@klafterlesser.com |
|  | Christopher.timmel@klafterlesser.com |
|  |  |
|  | and |
|  |  |
|  | Rachhana T. Srey (MN #340133) |
|  | NICHOLS KASTER, PLLP |
|  | 4600 IDS Center |
|  | 80 South Eighth Street |
|  | Minneapolis, MN 55402 |
|  | 612-256-3200 |
|  | F: 612-338-4878 |
|  | srey@nka.com |
| David A. Roth | Richard Hayber |
| Marc S. Hepworth | HAYBER, MCKENNA & DINSMORE, LLC |
| Charles Gershbaum | 750 Main Street, Suite 904 |
| Rebecca S. Predovan | Hartford, CT 06103 |
| HEPWORTH GERSHBAUM & ROTH, PLLC | 860-522-8888 |
| 192 Lexington Avenue, Suite 802 | F: 860-218-9555 |
| New York, NY 10016 | rhayber@hayberlawfirm.com |
| 212-545-1199 |  |

**ATTORNEYS FOR PLAINTIFFS**

4923-3409-4618