# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## Status Conference

Tammy Babbit et al.,

        Plaintiffs,

  v.

Target Corporation,

        Defendant.

Emanuel Becerra et al., *Individually and on Behalf of All Other Persons Similarly Situated*,

        Plaintiffs,

  v.

Target Corporation,

        Defendant.

**COURT MINUTES**
BEFORE: Elizabeth Cowan Wright
U.S. Magistrate Judge

| | |
|---|---|
| Case Nos.: | 20-cv-00490 (DWF/ECW), and 25-cv-00535 (DWF/ECW) |
| Date: | June 12, 2026 |
| Courthouse: | Saint Paul |
| Courtroom: | Zoom For Government Video Conference |
| Court Reporter: | Lynne Krenz |
| Time Commenced: | 9:17 a.m. |
| Time Concluded: | 10:13 a.m. |
| Time in Court: | 56 minutes |

## APPEARANCES:

For Plaintiffs:      Rebecca Predovan, Michael Galpern, and Seth Lesser,

For Defendants:     Joseph Schmitt and Jeff Wohl

The Court held a status conference in the *Babbit* and *Becerra* matters.

*Babbitt*

As set forth at the status conference, if the parties are unable reach agreement as to ESI terms, they must simultaneously file their positions on **July 6, 2026** with the Court, with responses due on **July 13, 2026**.  The Court will decide the issue based on the papers unless either of the parties request a hearing or Court believes one is necessary.

On or before **July 6, 2026**, the parties shall meet and confer and file a proposed schedule with the Court, as to the deadlines for the close of the second phase of fact discovery, expert discovery, nondispositive motions, decertification motions or other dispositive motions, and any

other applicable deadlines.  To the extent that the parties cannot reach agreement as any portion of the scheduling order, they shall file their respective competing proposals with the Court on or before **July 6, 2026**.

*Becerra*

The Court will issue Pretrial Scheduling Order separately.

**SO ORDERED.**

s/*Elizabeth Cowan Wright*
United States Magistrate Judge